**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS CAMERON KINCADE,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICK HEDGES, *et al.*,<br><br>        Defendants. | Case No. CV 10-6541 PA (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendants' Motion to Dismiss, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report and Recommendation ("Objections"), and the remaining record, and has made a *de novo* determination.

      Plaintiff's sole basis for objection to the Report and Recommendation is that he was not given additional time to prepare objections. However, Plaintiff was given an additional twenty days to submit objections and subsequently sought no additional extensions of time. Plaintiff was also given an extension of time to submit a supplemental opposition to Defendants' Motion to Dismiss and submitted no supplemental opposition. Accordingly, Plaintiff's Objections lack merit and the Court accepts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED THAT:

1. The Report and Recommendation is approved and accepted.
2. Defendants' Motion to Dismiss is GRANTED.
3. Judgment be entered dismissing this action with prejudice.
4. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: March 27, 2012

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE