# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CAMERON KINCADE, | Case No. CV 10-6541 PA (JCG) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PATRICK HEDGES, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 27, 2012

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE